DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re J.S.B., D.K.B., D.D.J., Z.A.T.J.<br><br>Case below:<br>183 N.C. App. —<br>(15 May 2007) | No. 269P07 | Respondent's (Mother) Motion for Temporary Stay (COA06-1107) | Denied 06/11/07 |
| In re K.S. & J.S.<br><br>Case below:<br>181 N.C. App. 606 | No. 122P07 | Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA06-777) | Denied 06/27/07 |
| In re Key.<br><br>Case below:<br>182 N.C. App. —<br>(17 April 2007) | No. 208P07 | 1. Respondent's Motion for Temporary Stay (COA06-498)<br><br><br>2. Respondent's (Mark Key) Petition for Writ of Supersedeas<br><br>3. Respondent's PDR Under N.C.G.S. § 7A-31 | 1. Allowed 04/30/07 Stay Dissolved 06/27/07<br><br>2. Denied 06/27/07<br><br>3. Denied 06/27/07 |
| In re M.M., An.E., Ad.E.<br><br>Case below:<br>182 N.C. App. 529 | No. 203P07 | 1. Respondent's (Mother) PDR Under N.C.G.S. § 7A-31 (COA06-600)<br><br>2. Respondent's (Father) PWC to Review Decision of COA<br><br>3. Respondent's (Father) PDR Under N.C.G.S. § 7A-31 | 1. Denied 06/27/07<br><br>2. Denied 06/27/07<br><br>3. Denied 06/27/07 |
| In re W.R.<br><br>Case below:<br>179 N.C. App. 642 | No. 560P06 | AG's Motion for Temporary Stay (COA05-1602) | Allowed 10/26/06 |
| In re C.E.M. & Z.C.M.<br>Case below:<br>181 N.C. App. 148 | No. 071P07 | 1. Respondent's (Mother) PDR Under N.C.G.S. 7A-31 (COA06-514)<br><br>2. Petitioner's (Alamance Co. DSS) Motion for Expedited Hearing | 1. Denied 06/27/07<br><br>2. Dismissed as Moot 06/27/07<br><br>**Hudson, J., Recused** |